ORIGINAL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2017

JEFFREY P. COLWELL
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00895-LTB

JASON BROOKS

    Applicant,

v.

LOU ARCHULETTA, Warden of the Fremont Correctional Facility, and
CYNTHIA COFFMAN, Attorney General of the State of Colorado

    Respondents.

## NOTICE OF APPEAL

    Notice is hereby given that Applicant, Jason Brooks, pro se, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the ORDER DENYING MOTION FOR RELIEF FROM FINAL JUDGMENT entered in this action December 14th, 2017. The appeal will contest this Court's abuse of discretion.

    Respectfully submitted this 19th day of December, 2017,

Jason Brooks #150014
Fremont Correctional Facility
P.O. Box 999
Canon City, CO 81215



## CERTIFICATE OF SERVICE

I certify that on this 19th day of December, 2017, that a true and correct copy of the above and foregoing **NOTICE OF APPEAL** was deposited in the U.S. Mail, postage pre-paid, addressed to the Court and the Attorney General at his public address and the following:

| | |
|---|---|
| Lou Archuletta, Warden | Colorado Attorney General |
| Fremont Correctional Facility | 1300 Broadway, 10th Floor |
| P.O. Box 999 | Denver, CO 80203 |
| Canon City, CO 81215 | |

_____
Jason Brooks #150014



Colorado Department of Corrections
Name: Jason Bales
Register Number: 500617
Unit: 7
Box Number: 99
City, State, Zip: Canon City, CO 81215

Office of the Clerk
U.S. District Court
901 - 19th St, Room A105
Denver, CO 80294