# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 15, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Jason Brooks
v. Angel Medina, Warden, et al.
No. 18-8005
(Your No. 17-1460)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 26, 2018 and placed on the docket February 15, 2019 as No. 18-8005.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst